partment. July 30, 1915.) Action by the American Hardware Corporation of New York against John L. Lyttle, as trustee, etc., and others. No opinion. Judgment affirmed, with costs.

In re ANDREWS. (Supreme Court, Appellate Division, First Department. June 25, 1915.) In the matter of Herbert F. Andrews. No opinion. Application denied. Settle order on notice.

ARNST, Respondent, v. DIEBOLD, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 26, 1915.) Action by Fred Arnst, as administrator, etc., against Frank X. Diebold. No opinion. Judgment and order affirmed, with costs.

ASCHER, Respondent, v. SUFFOLK TRACTION CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 30, 1915.). Action by John J. Ascher against the Suffolk Traction Company. No opinion. Judgment affirmed, with costs.

AVERBUCK v. WEST SHORE R. CO. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Action by Harris Averbuck against the West Shore Railroad Company. No opinion. Application denied, with $10 costs. Order signed.

BALET, Appellant, v. KRACKE et al., Respondents. (Supreme Court, Appellate Division, First Department. July 9, 1915.) In the matter of Joseph W. Balet against Frederick J. H. Kracke, individually and as commissioner, etc., and others. J. T. Fenlon, of New York City, for appellant. J. F. O'Brien, of New York City, for respondents. No opinion. Order affirmed, with costs. Order filed.

In re BALL. (Supreme Court, Appellate Division, First Department. June 25, 1915.) In the matter of John Oscar Ball, an attorney. No opinion. Referred to Hon. Henry A. Gildersleeve, official referee. Settle order on notice.

BALL, Respondent, v. SAMUELS, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 9, 1915.) Action by Sam Ball against Max Samuels. No opinion. Judgment and order affirmed, with costs.

BALTIMORE & O. R. CO. v. LOWENSTEIN. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Action by the Baltimore & Ohio Railroad Company against Benjamin Lowenstein. No opinion. Application granted. Order signed.

BARR, Respondent, v. TURNER CONST. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1915.) Action by Robert Barr against the Turner Construction Company. No opinion. Judgment and order affirmed, with costs.

BARRETT, Respondent, v. MOYNAN, Appellant, et al. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Action by Madeline D. Barrett against Alice M. Moynan, impleaded with others. M. M. Blumenthal, of New York City, for appellant. E. S. Clinch, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BARRY et al., Respondents, v. EIGER et al., Appellants. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Action by Charles D. Barry and others against Emil Eiger and others. A. I. Spiro, of New York City, for appellants. W. Wadsworth, of New York City, for respondents. No opinion. Orders affirmed, with $10 costs and disbursements. Orders filed.

BARUCH v. COPELAND. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Action by Herman Baruch against Goldine R. Copeland. No opinion. Application denied, with $10 costs. Order signed. See, also, 153 N. Y. Supp. 1105.

BASSETT, Appellant, v. REGAN et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 19, 1915.) Action by George M. Bassett against Timothy Regan and others. No opinion. Judgment and order affirmed, with costs.

In re BATH ELECTRIC & GAS LIGHT CO. (Supreme Court, Appellate Division, Third Department. July 1, 1915.) In the matter of the application of the Bath Electric & Gas Light Company for a writ of certiorari against the Public Service Commission of the State of New York, Second District, and trustees of the Village of Bath. No opinion. Motion to quash writ denied.

BAUMAN et al. v. MENDLE–LUNEPP CO. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Action by Ryman Bauman and others against Mendle-Lunepp Company. No opinion. Application granted. Order signed. See, also, 153 N. Y. Supp. 896.

B. A. & G. N. WILLIAMS, Respondent, v. NEW YORK & QUEENS ELECTRIC LIGHT & POWER CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by B. A. & G. N. Williams against the New York & Queens Electric Light & Power Company. No opinion. Judgment and order unanimously affirmed, with costs.

BEALS et al., Respondents, v. GEHRS, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. July 7, 1915.) Action by Pascal P. Beals and others against Edward A. Gehrs, impleaded with others. No opinion. Judgment affirmed, with costs.

BEARDSLEY, Appellant, v. SHERRILL et al., Respondents. (Supreme Court, Appellate Division, First Department. June 25, 1915.)